IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SPRINTURF, LLC, <br> and <br> SPECIALTY SURFACES INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UBU SPORTS, INC. <br> and <br> MAUMEE BAY LANDSCAPE CONTRACTORS, LLC, <br><br> Defendants. | Civil Action No. 1:16-cv-01886-SCJ |

**ORDER**

This matter having come before the Court on the parties' Joint Motion to Stay All Deadlines, the motion is HEREBY GRANTED as follows:

All proceedings between Plaintiffs and Defendants, including all pending deadlines, are stayed until December 21, 2016.*

IT IS SO ORDERED, this  22nd  day of   November            , 2016

          s/Steve C. Jones
          Steve C. Jones
          United States District Judge

---

* It is further ORDERED that this action be DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.  The Clerk is DIRECTED to ADMINISTRATIVELY TERMINATE this action.  If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.